# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2723 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File No. C3-20-223 |
| | : | |
| v. | : | (Dauphin County Court of Common Pleas, |
| | : | No. CP-22-CR-4918-2019) |
| BRADLEY ADAM WINNICK, | : | |
| | : | Attorney Reg. No. 78413 |
| Respondent | : | |
| | : | (Dauphin County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of May, 2020, the Joint Petition for Temporary Suspension is granted, Bradley Adam Winnick is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.

Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).